UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELLEN SCATORCHIA,

                                                       CV-01-3119 (TCP)(MLO)
                 Plaintiff,

        -against-

                                                       **ORDER**

COUNTY OF SUFFOLK, *et ano.*,

                 Defendants.
------------------------------------------------------------X
PLATT, District Judge

       On May 18, 2005 Magistrate Judge Michael L. Orenstein issued a Report and Recommendation in which he recommended that the above-entitled action be restored to the active calendar of the Court. No objection was filed within fifteen (15) days of the service of the Report and Recommendation. The Report and Recommendation is hereby adopted and affirmed.

SO ORDERED.

                                                              _____
                                                              Thomas C. Platt, U.S.D.J.

Dated:   Central Islip, NY
             June ___, 2005